UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
XU CHEN, JIA JUN XU, JIAN FENG LIU,

                        Plaintiffs,                  **ORDER**
  -against-                                       15-CV-3073 (SIL)

ZAZA JAPAN INC., doing business as Zaza Japan Asian Bistro & Hibachi, DAVID ZHU, ZHONG YONG LIN, and JOHN DOES AND JANE DOES # 1-10,

                        Defendants.
------------------------------------------------------------------------x

**LOCKE, Magistrate Judge:**

On June 29, 2016, the parties submitted a joint motion seeking approval of a Settlement Agreement in this Fair Labor Standards Act action. *See* Docket Entry ("DE") [27]. At an August 16, 2016 hearing, the Court denied the motion without prejudice because the Settlement Agreement contained impermissible release and non-disparagement provisions. *See* DE [29]. Thereafter, on August 31, 2016, the parties submitted a revised Settlement Agreement and requested Court approval. DE [30]. The Court again denied without prejudice the parties' request for approval of the revised Settlement Agreement due to an improper non-disparagement clause. DE [31]. On November 9, 2016, the parties filed a second revised Settlement Agreement signed by all parties. DE [33]. Having reviewed the second revised Settlement Agreement, the Court finds that its terms are fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015); *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement agreement to determine that it is fair and

reasonable). Therefore, the second revised Settlement Agreement is approved and the case is hereby closed.


Dated:     Central Islip, New York     **SO ORDERED**
              January 4, 2017

s/ Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge